# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:25-CV-1017

| | |
|---|---|
| JANIQUE SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE; KAREN SHAFFER; and FRANK FLEMING, in their individual capacities,<br><br>    Defendants. | **DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR PRELIMINARY HEARING** |

Defendants the University of North Carolina at Charlotte, Karen Shaffer, and Frank Fleming, through undersigned counsel, move to dismiss Plaintiff's Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In support of this motion, Defendants rely on the Complaint, the video referenced in the Complaint, the transcript of the video attached hereto as Exhibit A, and the brief in support of this Motion.

In addition, under Paragraph (3)(c)(ii) of the Initial Scheduling Order, Defendants request a preliminary hearing under Rule 12(i) of the Federal Rules of Civil Procedure to resolve the Motion to Dismiss prior to discovery.

Good cause exists to grant this hearing because Shaffer and Fleming assert the defense of qualified immunity in the Motion to Dismiss.

WHEREFORE, Defendants request that the Court schedule a preliminary hearing and dismiss Plaintiff's Complaint.

This 3rd day of March, 2026.

JEFF JACKSON
Attorney General

/s/ Kenzie M. Rakes
Kenzie M. Rakes
Special Deputy Attorney General
NC State Bar No. 46349
krakes@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC  27602
Tel: 919-716-60085
Fax: 919-716-6764

*Attorney for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing

**DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR**

**PRELIMINARY HEARING** with the Clerk of Court using the CM/ECF

system, which will send notification of such filing to all registered CM/ECF

users, addressed as follows:

Artur Davis
adavis@hkm.com

P. Sunny Panyanouvong-Rubeck
spanyanouvong-rubeck@hkm.com

This 3rd day of March, 2026.

 /s/ Kenzie M. Rakes
Kenzie M. Rakes
Special Deputy Attorney General

3